Thomas C. PARSONS, Plaintiff–Appellant,

v.

David W. POND, Paul M. Visokay, Maria Rodriguez McBride, all as individuals, Defendants–Appellees.

Docket No. 00–9509.

United States Court of Appeals, Second Circuit.

Jan. 31, 2002.

Thomas C. Parsons, New Haven, CT, pro se.

David X. Sullivan, Ass't U.S. Att'y, D. Conn., New Haven, CT, for Appellees.

Present JON O. NEWMAN, AMALYA L. KEARSE, Circuit Judges, and JED S. RAKOFF, District Judge.*

### SUMMARY ORDER

This cause came on to be heard on the record from the United States District Court for the District of Connecticut, and

---

* Honorable Jed S. Rakoff, of the United States District Court for the Southern District of New York, sitting by designation.

was submitted by plaintiff *pro se* and by counsel for defendants.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Hall's Ruling on Defendant's Motion for Summary Judgment, dated October 24, 2000.

We have considered all of plaintiff's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.